IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| vs. | 8:17CR166 |
| PELUMI FOLARIN FAWEHINMI, | ORDER |
| Defendant. | |

Request having been made before me by the United States of America, by and through Lecia E. Wright, Assistant United States Attorney for an order continuing the discovery due date in this matter currently scheduled for June 14, 2017, for two (2) weeks, and for an order continuing the pretrial motion deadline in this matter currently scheduled for June 28, 2017, for three (3) weeks, the Court finds and orders as follows:

IT IS ORDERED, that the discovery due date is continued for two weeks. Discovery in this matter is due June 28, 2017.

IT IS FURTHER ORDERED, that pretrial motions in this matter is continued for three weeks. Pretrial motions in this matter are due July 19, 2017.

Dated: June __15__, 2017.

                                                  s/ Susan M. Bazis
                                                SUSAN M. BAZIS
                                                United States Magistrate Judge